UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HYUN C. NOH, ET AL.,<br><br>Plaintiffs,<br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., ET AL.,<br><br>Defendants. | Case No.: C 11-01533 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On April 6, 2011, Defendant American Home Mortgage Servicing, Inc. moved to dismiss. This case has been assigned to a magistrate judge. Before the court takes any action on the motion to dismiss, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than April 14, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at

www.cand.uscourts.gov.

Dated: April 7, 2011

PAUL S. GREWAL
United States Magistrate Judge