UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| HYUN C. AND HIESOOK NOH, | ) | Case No.: C 11-01533 PSG |
| Plaintiffs, | ) | |
| v. | ) | **ORDER FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE** |
| AMERICAN HOME MORTGAGE SERVICING, INC., ET AL., | ) ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On April 6, 2011, Defendant American Home Mortgage Servicing, Inc. moved to dismiss. On April 7, 2011, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than April 14, 2011. ("April 7, 2011 Order"). Not all of the parties have consented (or otherwise responded to the April 7, 2011 Order) to jurisdiction of this court. Accordingly, the above-captioned action shall be reassigned to a district court judge.

IT IS SO ORDERED.

Dated: April 21, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*