LAW OFFICES OF GENE W. CHOE, P.C.
Gene W. Choe, Esq. (SBN 187704)
Vikram Subramanian, Esq. (SBN 261270)
3699 Wilshire Boulevard, Suite 720
Los Angeles, CA 90010
Telephone (213) 639-3888
Facsimile (213) 383-8280
vikram@choicelaw.org; genechoe@choicelaw.org
Attorneys for Plaintiffs HYUN C. NOH and HIESOOK NOH

WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay Esq., SBN 167280
Charles C. McKenna, Esq., SBN 167169
Peter M. Watson, Esq., SBN 258784
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 477-5050; Fax: (949) 477-9200
rfinlay@wrightlegal.net; pwatson@wrightlegal.net
Attorneys for Defendant AMERICAN HOME MORTGAGE SERVICING, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUN C. NOH, an individual; and HIESOOK NOH, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC, *business entity* unknown; T.D. SERVICE COMPANY; *business entity* unknown; and DOES 1 through 20,<br><br>Defendants. | Case No.: C 11-01533 EJD<br><br>**JOINT STIPULATION TO DISMISS ALL CAUSES OF ACTION AGAINST ALL PARTIES WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii), the parties hereby stipulate to dismiss the instant action, with prejudice, each party to bear its own fees and costs.

1
[PROPOSED] ORDER

1  The parties respectfully request that the instant action be dismissed, with prejudice, and that the
2  Court take all current dates off calendar.

3                                                              RESPECTFULLY SUBMITTED,

4                                                              WRIGHT, FINLAY & ZAK, LLP

5

6  Dated: November 2, 2011              By:        /s/ T. Robert Finlay
                                                   T. Robert Finlay, Esq.
7                                                  Peter M. Watson, Esq.
                                                   Attorneys for Defendants AMERICAN HOME
8                                                  MORTGAGE SERVICING, INC.; POWER
                                                   DEFAULT SERVICES, INC., f/k/a AHMSI
9                                                  DEFAULT SERVICES, INC.; and DEUTSCHE
                                                   BANK NATIONAL TRUST COMPANY, AS
10                                                 TRUSTEE FOR HARBORVIEW MORTGAGE
                                                   LOAN PASS-THROUGH CERTIFICATES,
11                                                 SERIES 2007-5
12

13

14 Dated: November 3, 2011                         LAW OFFICES OF GENE W. CHOE, PC
15

16                                      By:     /s/ Gene W. Choe
                                                Gene W. Choe, Esq.
17                                              Vikram Subramanian, Esq.
                                                Attorneys for Plaintiffs,
18                                              HYUN C. NOH and HIESOOK NOH

19

20

21  IT IS SO ORDERED
    The Clerk shal close this file.
22

23  Dated: November 4, 2011                        _____
                                                   Edward J. Davila
24                                                 United States District Judge

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3699 Wilshire Blvd., Suite 720, Los Angeles, California 90010.

On November 3, 2011, I served the following document(s):

**JOINT STIPULATION TO DISMISS ALL CAUSES OF ACTION AGAINST ALL PARTIES WITH PREJUDICE; PROPOSED ORDER**

On the following interested parties in this action described as follows:

[ X ] **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above. I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

   Peter M. Watson, Esq.: pwatson@wrightlegal.net
   Charles Christopher McKenna, Esq: Cmckenna@wrightlegal.net
   Ronald M. Arlas, Esq.: ron.arlas@arlaslaw.com
   T. Robert Finlay, Esq.: rfinlay@wrightlegal.net
   *Attorneys for American Home Mortgage Servicing, Inc*

[ X ] **BY FIRST CLASS MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   Richard Stewart Stone, Esq.
   Law Offuces Richard S Stone
   1900 S Norfolk Street, Suite 350
   San Mateo, CA 94403
   *Attorney for T.D. Service Company*

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 3, 2011, in Los Angeles, California.

*Emi Ouchi* (signature)

Emi Ouchi